FILED
U.S. DISTRICT COURT
SAVANNAH DIV
2013 JAN 28 PM 4:47

CLERK____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

XEROX CORPORATION, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-047
)
SAVANNAH BLUEPRINT COMPANY, )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff Xerox Corporation's Stipulation of Dismissal Without Prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant Savannah Blueprint Company has filed neither an answer nor motion for summary judgment in this case, Plaintiff's motion is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. As a result, Plaintiff's Motion for Default Judgment (Doc. 10) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of January 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA