FILED
U.S. DISTRICT COURT
SAVANNAH DIV
2013 JAN 28 PM 4:47

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

XEROX CORPORATION,

    Plaintiff,

v.

SAVANNAH BLUEPRINT COMPANY,

    Defendants.

CASE NO. CV409-047

## ORDER

Before the Court is Plaintiff Xerox Corporation's Stipulation of Dismissal Without Prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant Savannah Blueprint Company has filed neither an answer nor motion for summary judgment in this case, Plaintiff's motion is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. As a result, Plaintiff's Motion for Default Judgment (Doc. 10) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of January 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA